```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 16684
   BRIAN W EDWARDS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0435


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 06/27/2008 and was not confirmed.

   The case was converted to chapter 7 without confirmation 09/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED VEHIC   32121.07           .00            .00
AMERICAN HONDA FINANCE C  UNSECURED       NOT FILED          .00            .00
CHARTER ONE NA            CURRENT MORTG        .00           .00            .00
HOME LOAN SERVICES INC    CURRENT MORTG        .00           .00            .00
SERVICE FINANCIAL ACCEPT  SECURED              .00           .00            .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED          .00            .00
CITIBANK USA NA           UNSECURED         412.23           .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED          .00            .00
EMERGENCY MEDICAL SPECIA  UNSECURED       NOT FILED          .00            .00
CITIBANK USA              NOTICE ONLY     NOT FILED          .00            .00
EMERGENCY MEDICAL SPECIA  UNSECURED       NOT FILED          .00            .00
DELL FINANCIAL SERVICES   UNSECURED        1489.58           .00            .00
ROSELAND COMMUNITY HOSPI  UNSECURED       NOT FILED          .00            .00
HSBC NV/GM CARD           NOTICE ONLY     NOT FILED          .00            .00
NATIONWIDE ACCEPTANCE~    NOTICE ONLY     NOT FILED          .00            .00
NUVELL CREDIT CO LLC      NOTICE ONLY     NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY     NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY     NOT FILED          .00            .00
ARROWOOD INDEMNITY        UNSECURED       NOT FILED          .00            .00
FIRST FRANKLIN            NOTICE ONLY     NOT FILED          .00            .00
HOME LOAN SERVICES INC    SECURED NOT I    926.59            .00            .00
HOME LOAN SERVICES INC    NOTICE ONLY     NOT FILED          .00            .00
LEGAL HELPERS PC          DEBTOR ATTY      2,650.00                       915.40
TOM VAUGHN                TRUSTEE                                          79.60
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      995.00

PRIORITY                                            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 16684 BRIAN W EDWARDS
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                    915.40
TRUSTEE COMPENSATION                                               79.60
DEBTOR REFUND                                                        .00
                                   ----------------    ----------------
TOTALS                                      995.00              995.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
  Dated: 12/29/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```